IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TOWER PROPERTIES COMPANY,    )
    Plaintiff,    )
        )
v.    )    Case No. 2:26-cv-02023-DDC-GEB
        )
CITY OF LAWRENCE, KANSAS,    )
    Defendant.    )

## JOINT STIPULATION OF DISMISSAL

Plaintiff Tower Properties Company and Defendant City of Lawrence, Kansas, hereby jointly stipulate to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii) on the basis of mootness in light of the passage of Senate Bill 391, which will go into effect on July 1, 2026, that has expressly been made retroactive. By entering this stipulation, the parties make no other stipulations or representations regarding the merits of their respective positions raised in this litigation, nor do they intend to waive any rights they may have with respect to any future litigation.

WHEREFORE, the parties respectfully request that the Court dismiss this action in accordance with the parties' joint stipulation, and for any other relief as the Court deems just and proper.

1

Respectfully submitted,

| LEWIS RICE LLC | WATKINS CALCARA, CHTD. |
|---|---|
| By: /s/ Ashlyn Lewis | By: /s/ Allen G. Glendenning |
| Ashlyn Buck Lewis, Kan. #25132 | Allen G. Glendenning, Kan. #12187 |
| Robert W. Tormohlen, Kan. #14907 | 1321 Main Street, Suite 300 |
| 1010 Walnut, Suite 500 | P.O. Drawer 1110 |
| Kansas City, Missouri 64106 | Great Bend, Kansas 67530 |
| Tel: (816) 421-2500 | Tel: (620) 792-8231 |
| Fax: (816) 472-2500 | Fax: (620) 792-2775 |
| alewis@lewisricekc.com | aglenden@wcrf.com |
| rwtormohlen@lewisricekc.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Ashlyn Lewis
*Attorney for Plaintiff*

2